CGFD92 (10/01/16)



ORDERED in the Southern District of Florida on July 31, 2018

**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–19163–MAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Michael Anthony Duke
aka Michael A Duke, aka Michael Duke
1156 SW 14 Street
Boca Raton, FL 33486

SSN: xxx–xx–5229

## ORDER DISMISSING CASE FILED IN VIOLATION OF A PRIOR COURT ORDER AND DIRECTING CLERK OF COURT TO REFUSE FUTURE VOLUNTARY PETITIONS FILED UNDER CERTAIN CONDITIONS

This case was filed on 7/30/18. It appears from the record that this case has been filed in violation of a prior order of this court in case number 15–20465–EPK, prohibiting the debtor from filing bankruptcy for a period of time that has not yet expired. Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed with prejudice to the filing by the debtor of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable) Any funds remaining with the trustee shall be applied to the balance due for the filing fee in accordance with the Bankruptcy Code and Local Rules.

4. (If applicable) The debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, Local Rules and court orders. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

The clerk shall serve a copy of this order on all parties of record.